UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
        v.                         )        Cause No.  1:20-cr-0153-JRS-MG
                                   )
RONNELL GILLESPIE,                 )                       - 01
                                   )
                Defendant.         )

**REPORT AND RECOMMENDATION**

On November 17, 2023, the Court held a hearing on the Petitions for Warrant or
Summons for Offender Under Supervision filed on August 21, and October 6, 2023.  Defendant
appeared in person with his appointed counsel Dominic Martin.  The government appeared by
Adam Eakman, Assistant United States Attorney.  U. S. Parole and Probation appeared by
Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P.
32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Gillespie of his rights and provided him with a copy
of the petition.  Defendant Gillespie orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant Gillespie admitted Violation number 3.
[Docket No. 39.]   Government orally moved to withdraw the remaining violations, which
motion was granted by the Court; Violation Nos. 1, 2, 4, 5, and 6 dismissed.

3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |

3    **"You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."**

As previously reported to the Court, on January 31, 2022, the offender was stopped by the Indiana State Police in Fulton County, Indiana. The offender did not obtain permission to leave the federal judicial district prior to this date.

4.    The parties stipulated that:

(a)    The highest grade of violation is a Grade C violation.

(b)    Defendant's criminal history category is II.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5.    The parties jointly recommended a sentence of 12 months and 1 day with no supervised release to follow.  The defendant requested placement at FCI Terre Haute, Satellite Camp.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow.  The Magistrate Judge will request placement at FCI Terre Haute, Satellite Camp. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

2

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 11/20/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system